IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERBERT L. CAMPBELL, | ) | 4:13CV3217 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Objection to the court's April 8, 2014, Memorandum and Order, which denied the Petition for Writ of Habeas Corpus without prejudice because it is a second or successive petition. The Objection will be overruled. If Petitioner wishes to continue to pursue this matter, he must file a motion with the Eighth Circuit Court of Appeals fully addressing the legal requirements of successive habeas petitions set forth in 28 U.S.C. § 2244(b).

IT IS THEREFORE ORDERED that: Petitioner's Objection (Filing No. 21) is overruled.

DATED this 25th day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.